IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KEITH DEREK COLVERT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:11CV293-SRW |
| | ) (WO) |
| MICHAEL J. ASTRUE, Commissioner | ) |
| of Social Security, | ) |
| | ) |
| Defendant. | ) |

## **JUDGMENT**

In accordance with the Memorandum Opinion entered on this date, it is

ORDERED, ADJUDGED and DECREED that the decision of the Commissioner is REVERSED and this action is REMANDED to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DONE, this 14th day of June, 2012.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE